# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 15, 2025

Lyle W. Cayce
Clerk

No. 24-60349

Oscar Rene Rosa Arevalo,

*Petitioner*,

*versus*

Merrick Garland, *U.S. Attorney General*,

*Respondent*.

Petition for Review from an Order of the
Board of Immigration Appeals
Agency No. A044 422 678

ORDER:

IT IS ORDERED that Petitioner's motion for reinstatement pursuant to Local Rule 42.4 is GRANTED.

/s/James E. Graves, Jr.
James E. Graves, Jr.
*United States Circuit Judge*